UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NO.:                                                                        SECTION:

LOUVINA SUGGS

VERSUS

FIVE BELOW, INC.

JUDGE: _____        MAGISTRATE JUDGE:_____

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, FIVE BELOW, INC (hereinafter sometimes referred to as "Five Below"), to file this Notice of Removal to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §1441(b) ("Removal Based Upon Diversity of Citizenship") on the following grounds:

1.

On November 13, 2019, a Petition for Damages was filed on behalf of Louvina Suggs in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, styled "Louvina Suggs vs. Five Below, Inc." Docket No. 801-416 of that Court. A copy of the Petition for Damages is attached hereto as Exhibit 1.

2.

Five Below, Inc. filed an answer in the state court proceedings on August 26, 2020.

3.

As shown by the Petition, the plaintiff claims that she was injured due to the alleged fault of the defendant and that she is entitled to recovery of damages as a result.

4.

The United States District Court for the Eastern District of Louisiana is the Federal District embracing the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, where the suit was originally filed.  Venue, therefore, is proper in this District under 28 U.S.C. §1441(a) and 28 U.S.C. §98 (a).

5.

As set forth in the Petition, the plaintiff, Louvina Suggs is domiciled in the Parish of Jefferson, State of Louisiana.

6.

Five Below, Inc. is a foreign corporation with its domicile and principal place of business in Philadelphia, Pennsylvania. Thus, there is complete diversity between the Louisiana plaintiffs and the Pennsylvania defendant.

7.

The Petition does not allege any amount sought by the plaintiffs.  However, based upon the allegations for damages and claims for punitive damages and attorneys' fees contained therein, it is facially apparent that the plaintiffs seek damages in excess of $75,000.00

8.

Furthermore, in response to a Request for Admission propounded on the plaintiff by the defendant, the plaintiff admitted that the value of her claim exceeds $75,000.00. See Ex. 1 Plaintiff's Responses to Requests for Admission.

9.

Pursuant to 28 U.S.C. §1332, this Honorable Court has jurisdiction over any matter in which the parties are citizens of different states and where the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. See 28 U.S.C. §1332(a).

10.

Pursuant to 28 U.S.C. §1446(b)(3), if the initial pleading is not removable, a Notice of Removal of a civil action or proceeding may be filed within 30 days of receipt by the defendant, through service or otherwise, a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. See 28 U.S.C. §1446(b)(3).

11.

As indicated above, defendant first became aware that this case was removable on September 28, 2020 when the plaintiff admitted that the value of all of her damages in this case exceeds $75,000.00 through her responses to Requests for Admission propounded by the defendant.

12.

Promptly after the filing of the Notice of Removal, defendant will serve written notice on the adverse parties, through their attorney of record, a copy of the Notice of Removal being filed with the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, to effect removal of this action, all in conformity with 28 U.S.C. §1446(d).

WHEREFORE, defendant, Five Below, Inc., prays that the above-described civil action be removed from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to this Honorable Court for trial and determination as provided by law; that this Court enter such orders

and issue such process as may be necessary and proper to bring before it a copy of all records in the proceeding presently pending before the aforesaid State Court, and thereafter proceed with the civil action as if it were originally commenced in this Court, and for all necessary and appropriate orders and decrees in accordance with the applicable law.

Respectfully submitted:

GAUDRY, RANSON, HIGGINS & GREMILLION, LLC

s/ ANDREW C. BLASINI
WADE A. LANGLOIS, III (#17681)
ANDREW C. BLASINI (#38672)
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tel: 504-362-2466
Fax: 504-362-5938
EMAIL: wlanglois@grhg.net
ablasini@grhg.net
Counsel for Five Below, Inc

## CERTIFICATE OF SERVICE

I hereby certify that on the *1ST* day of *OCTOBER*, 2020, a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

S/ ANDREW C. BLASINI
ANDREW C. BLASINI