FILED FOR RECORD 11/13/2019 15:01:08
Courtney M. Knight, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 801-416  DIV. C

**LOUVINA SUGGS**

**VERSUS**

**FIVE BELOW, INC**

FILED: _____   _____
                                   **DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Louvina Suggs (hereinafter referred to as "Plaintiff"), a person of the full age of majority, domiciled in the Parish of Jefferson, State of Louisiana, who respectfully represents:

1.

Venue is proper under La. C.C.P. art. 42 and art. 74.

2.

The following is made defendant herein:

Five Below, Inc. (hereinafter "Defendant"), a foreign business corporation domiciled in Philadelphia, State of Pennsylvania, who is authorized to conduct business in the State of Louisiana, and is conducting business in the Parish of Jefferson.

3.

The above named Defendant is liable unto Plaintiff for the following, to-wit:

4.

On July 16, 2019, Plaintiff visited the Five Below store located in the Elmwood Shopping Center, 1200 S Clearview Pkwy, New Orleans, LA 70123, for the purpose of purchasing back to school supplies for her granddaughter. As Plaintiff was walking around the endcap of one of the aisles, she suddenly, and without warning, tripped and fell.

5.

Plaintiff avers that an employee of the Defendant left a box of merchandise on the floor unattended. The placement of the box on the floor presented an unreasonably dangerous condition,

causing her to trip and fall. This unreasonably dangerous condition was created by an employee of the Defendant.

6.

At all times pertinent herein, the premises in question were owned and/or leased and/or managed by the Defendant.

7.

The Defendant had custody, control and/or guarde of the premises in question, the box of merchandise that was left unattended at the endcap of the aisle of the store; that the Defendant knew or should of known of the unreasonably dangerous condition on the premises; and is liable unto Plaintiff pursuant to Louisiana Civil Code Article 2317 and/or 2322 for her damages which were occasioned by the unreasonably dangerous condition.

8.

Plaintiff further avers that the Defendant, was negligent in the following non-exclusive particulars:

 a) Failing to give warnings of the dangerous condition;

 b) Failing to properly inspect and maintain the area in question to discover the dangerous condition;

 c) Failing to warn of inherent dangers associated with things under its guarde, custody and control;

 d) Failing to do what was necessary to keep the area free from any dangerous conditions;

 e) Failing remedy the unattended box of merchandise left at the endcap of one of its aisles;

 f) Failing to properly supervise and instruct its employees to discover, report and remedy defects in the premises;

 g) In allowing a hazardous condition or defect to exist, which presented an unreasonably risk of harm to its customers; and

 h) Such other acts of negligence as may be shown at the trial of this matter.

9.

The Plaintiff also avers that the doctrine of *res ipsa loquitur* applies in this case in further support of her claims against the Defendant.

10.

As a result of the negligence and/or fault of the above Defendant, the Plaintiff sustained injuries to her body, including but not limited to, injuries to her back, knees, feet, hips, and other parts of her body.

11.

Based on the foregoing, the Plaintiff avers that she sustained the following non-exclusive damages:

a. PAST AND FUTURE MEDICAL EXPENSES

b. PAST AND FUTURE PHYSICAL PAIN AND SUFFERING

c. PAST AND FUTURE MENTAL PAIN AND ANGUISH

d. PHYSICAL DISABILITY

e. PHYSICAL DISFIGUREMENT AND SCARRING

f. LOSS OF ENJOYMENT OF LIFE.

**WHEREFORE**, Plaintiff, Louvina Suggs, prays that the defendant, Five Below, Inc., be served and cited to appear and answer this petition, that after all due proceedings are had, there be judgment in her favor and against the Defendant for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid; for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

**PRESTON L. HAYES,** La. Bar No. 29898
**GEORGE B. RECILE,** La. Bar No. 11414
**RYAN P. MONSOUR,** La. Bar No. 33286
**ZACHARY R. SMITH**, La. Bar No. 37316
CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM &
HAYES, LLP
One Galleria Boulevard,
Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Fax: (504) 833-8080
*Attorneys for Plaintiff*

**PLEASE SERVE**:

**Five Below, Inc.**
Through its agent for service of process:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802